HELANE L. MORRISON (CA Bar No. 127752)
JOHN S. YUN (CA Bar No. 112260)
THOMAS J. EME (IL Bar No. 6224870)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVER HILSENRATH AND DAVID S. KLARMAN,<br><br>Defendants. | Case No. C-03-3252-WHA<br><br>PROOF OF SERVICE ON DEFENDANT OLIVER HILSENRATH |

Plaintiff Securities and Exchange Commission ("Commission") hereby files proof of service on defendant Oliver Hilsenrath ("Hilsenrath") in the above-captioned matter.

Dated: November 7, 2003

Thomas J. Eme
Attorney for Plaintiff Securities and Exchange Commission

**STATE OF ISRAEL**
**DIRECTORATE OF COURTS**

Jerusalem
27/10/03

Our file: 1-490/03

Richard W. Wieking
US District Court,
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102
U. S. A.

Dear Sir,

Subject: Your request for Legal Assistance
Dated: 21st Aug. 2003

Your request for service of documents has been executed.
Please find the attached documents concerning your request.

Sincerely,

Brian Zietman
Division Director,
Legal Assistance to Foreign Countries

22 Kanfei Nesherim St., Jerusalem 95464, ISRAEL
Tel: (972)(2)-6556843, Fax: (972)(2)-6556846

# CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorite soussignee a l'honneur d'attester conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served ***
*1. que la demande a execute*
-the (date) *-la (date)* 5th October 2003
-at (place, street, number) *-a (lorali, rue numbo)* 2/42 Steinitzky St, Tel-Aviv ISRAEL

**—in one of the following methods authorized by article 5-**
*—ons une desformes suivantes prives it l'article 5*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes egales (article 5, alinea premier, lettre a)*

☐ (b) in accordance with the following particular method:
*b) selon laforme particuliere suivante:*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remisesimple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

-(identity and description of person)
*-fidentite et qualite de la personne)*
OLIVER HASENRATH

-relationship to the addressee family, business or other
*-liens de parente de subordination ou autres, avec le destinataire de l'acte*

2) that the document has not been served, by reason of the following facts*:
*2, que la demande n'a pas ete executee, en raison des faits suivants:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement***
*Conformement a l'article 12, alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*
✓

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*
NOTE: REFUSED TO SIGN BUT SERVED NEVERTHELESS

Done at JERUSALEM 27-10-2003
*Fait 'a*

Signature and/or stamp.
*Signature et/ou cachet.*

מדינת ישראל
הנהלת בתי המשפט

171

תיק אזרחי מספר
בפני כב' השופט

אישור מסירה
☐ בית המשפט ה
☐ לשכת ההוצאה לפועל ב

הנהלת בתי המשפט
הנהלת נתיב תנאי שופטים
ושיוע משפטי למדינות זרות
רחוב לינג בנפי נשרים 22 ירושלים
טל: 02-6556909 פקס: 02-6556848

אל: מר אוליבר הילסנרט

המען: רח' סטימצקי 2/42, דירה 2, תל אביב

(נשר 1) אני ___ מצהיר שבתאריך ___ באתי למען של הנ"ל ☐ ואיש לא נמצא בבית

(נשר 2) אני ___ מצהיר שבתאריך ___ באתי למען של הנ"ל ☐ ואיש לא נמצא בבית

(נשר 3) אני ___ מצהיר שבתאריך ___ באתי למען של הנ"ל ☐ ואיש לא נמצא בבית

אם לא נמסר - ציין הסיבה במשבצת המתאימה:

☐ ומסרתי את הכתב לידיו.
☐ מסרתי את הכתב למורשה של הנמען.
☐ בהעדרו מסרתי את הכתב
שהוא/יא בן/ת משפחתו/ההורה/ה עסק ונראה/ית לי שמלאו לו/ה 18 שנה.
☐ מאחר ולא נמצא אדם בבית בבקשר השלישי הדבקתי הכתב על דלת דירתו.

☐ העסיק מקום מגורים לכתובת בלתי ידועה.
☐ הכתובת לא נכונה. ☐ לא נדרש.
☐ סרב לקבל.
☐ הנמען לא ידוע במען שצוין לעיל
☐ ציין כל סיבה אחרת

חתימת המקבל | חותמת הדואר | שם הדואר | תאריך | שם הדוור | חתימת הדוור

24-09-2003

טופס 171 (מהדורה שניה) 21349/01

on the addressee, i.e.,
(identity and address)
*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres.*
*en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
*(identite et adresse)*
Oliver Hilsenrath, Apartment 2, 2/42 Steimatsky, Tel Aviv, Israel

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

...quest for Legal Assistance ... Aug 2003 ... of documents has been ... uments concerning ...

# CERTIFICATE
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorite soussignee a I'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served ***
*1. que la demande a execute*
**-the (date)** *-le (date)* 5th October 2003
**-at (place, street, number)** *-a (loralni. rue numbo)* 2/42 Steimatzky St, Tel-Aviv ISRAEL

**--in one of the following methods authorized by article 5-**
*--ons une desjormes suivanies privues it l'article 5*

☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ **(b) in accordance with the following particular method:**
*b) selon lojorme particuliere suivante:* ______

☐ **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remijesiniple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnes dans la demande ont ete remis a*

***-(identity and description of person)***
*-fidentai ei qualit; de la pervonne)*
OLIVER HASENRATH

**-relationship to the addressee family, business or other**
*-liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
______

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*
______

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement***
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:** ✓
*pieces renvoyees*

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*
NOTE: REFUSED TO SIGN BUT SERVED NEVERTHELESS

Done at Jerusalem the 27-10-2003
*Fait 'a* *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: DEPUTY DIRECTOR OF COURTS]

True Copy
Brian Zietman
Division Director
Legal Assistance to
Foreign Countries(1)
30/10/03

מדינת ישראל
הנהלת בתי המשפט

171

תיק אזרחי מספר 0/03
בפני כב' השופט

הנהלת בתי המשפט
הכתבתחום תנאי שופטים
וסיוע משפטי למדינות זרות
נקבע ליום כנפי נשרים 22 ירושלים
טל: 02-6556909 פקס: 02-6556846
המזכיר 34142 ת"ד

☐ בית המשפט ה
ב
☐ לשכת ההוצאה לפועל ב

אל: מר אוליבר הילסנרת
המען: רח' סטימצקי 2/42, דירה 2, תל-אביב

(בקור 1) אני עובד רשות הדואר/עובד בימ"ש מצהיר שבתאריך שנה חודש יום בשעה באתי למען של הנ"ל ☐ ואיש לא נמצא בבית
(בקור 2) אני עוב סלין שחר מצהיר שבתאריך שנה חודש יום בשעה באוני למען של הנ"ל ☐ ואיש לא נמצא בבית
(בקור 3) אני עובד מצהיר שבתאריך שנה חודש יום בשעה באתי למען של הנ"ל ☐ ואיש לא נמצא בבית

☐ ומסרתי את הכתב לידיו.
☐ מסרתי את הכתב למורשה של הנמען.
☐ בהעדרו מסרתי את הכתב ל
שהוא/יא בן/ת משפחתו/ההגר/ה עימו ונראה/ית לי שמלאו לו/ה 18 שנה.
☐ מאחר ולא נמצא אדם בבית בבקור השלישי הדבקתי הכתב על דלת דירתו.

בית משפט השלום ת"א-יפו

אם לא מסרת - ציין הסיבה במשבצת המתאימה:
☐ העתיק מקום מגוריו לכתובת בלתי ידועה.
☐ הכתובת לא נכונה. ☐ לא נדרש.
☐ סרב לקבל.
☐ הנמען לא ידוע במען שצויין לעיל
☐ ציין כל סיבה אחרת

חתימת המקבל | חותמת רשות הדואר | שם הדואר (המוסר) | 24.09.2003
תאריך | שם הדוור | חתימת הדוור

טופס 171 (מהדורה שניה) 21349/02
דר"מ 50,000 (4.02)

on the addressee, i.e.,
**(identity and address)**

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
*(identite et adresse)* Oliver Hilsenrath, Apartment 2, 2/42 Steimatsky, Tel Aviv, Israel

Brian Zielman
Division Director
Legal Assistance to
Foreign Countries (?)

23/10/03

True Copy