HELANE L. MORRISON (CA Bar No. 127752)
JOHN S. YUN (CA Bar No. 112260)
KATHLEEN K. BISACCIA (CA Bar No. 157324)
THOMAS J. EME (IL Bar No. 6224870)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 03-3252 WHA |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| OLIVER HILSENRATH and DAVID S. KLARMAN, | |
| Defendants. | |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age, and am not a party in this action. On November 7, 2003, I served true and correct copies of the following:

**PROOF OF SERVICE ON DEFENDANT OLIVER HILSENRATH**

**CERTIFICATE OF SERVICE**

I served true and correct copies via **INTERNATIONAL FEDERAL EXPRESS**, by placing the copies in a sealed envelope designated by Federal Express with delivery fees provided for, which I deposited in a facility maintained by Federal Express. I served the documents addressed to the following:

Oliver Hilsenrath
Apartment 2
2/42 Steimatsky
Tel Aviv
Israel

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on November 7, 2003.

*Janet L. Johnston*
Janet L. Johnston

CERTIFICATE OF SERVICE                              2
SEC v. Hilsenrath and Klarman

Civil Action No. 03-3252