IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH AND DAVID S. KLARMAN,<br><br>    Defendants. | No. C 03-03252 WHA<br><br>**ORDER RE LETTER DATED JUNE 22, 2005** |

A letter from Mr. Breakstone to a Mary Warlow was delivered to the Court. Evidently, this was a mis-delivery. The Court intends to take no action on it.

**IT IS SO ORDERED.**

Dated: June 24, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE