1 | HELANE L. MORRISON (SBN 127752)
JOHN S. YUN (SB 112260)
2 | 44 Montgomery Street, Suite 1100
San Francisco, California 94104
3 | Telephone: (415) 705-2500
Facsimile: (415) 705-2501
4 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Edward W. Swanson (SBN 159859)
6 | SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
7 | San Francisco, California 94104
Telephone: (415) 477-3800
8 | Facsimile: (415) 477-9010

9 | Attorney for DAVID S. KLARMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 03-3252 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING CIVIL PENALTY AMOUNT AGAINST DEFENDANT DAVID S. KLARMAN |
| vs. | |
| OLIVER HILSENRATH and DAVID S. KLARMAN, | |
| Defendants. | |

**STIPULATION RE: PENALTY AMOUNT**

On June 23, 2005, the Court entered the Final Judgment of Equitable and Other Relief and Severing of Civil Penalties for Later Determination ("Final Judgment") against defendant David S. Klarman (copy attached as Exhibit 1). In Section IX of that Final Judgment, the Court provides that "the amount of any civil penalties pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] Defendant must pay in this civil matter shall be determined at a later hearing to be set by the Court in a separate order."

Pursuant to a settlement that was later reached between the parties, the Commission and

Klarman hereby stipulate through their counsel of record that the civil penalty to be set by the Court pursuant to Section IX of the final judgment shall be three hundred thousand dollars and zero cents ($300,000.00). The parties further stipulate that in accordance with Section IX of the Final Judgment, for "any amounts Defendant pays pursuant to his sentence in the criminal matter, Defendant shall receive a dollar-for-dollar credit toward his obligation to pay disgorgement, prejudgment interest thereon, and any civil penalties in this civil matter." *Id.*, § IX.

Dated: December 2, 2005

_____
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorney for Defendant DAVID S. KLARMAN

Dated: December 1, 2005

_____
JOHN S. YUN
Attorney for Plaintiff SECURITIES AND
EXCHANGE COMMISSION

## ORDER SETTING CIVIL PENALTY AMOUNT

In accordance with the Stipulation of the parties, and good cause appearing, the Court hereby determines, pursuant to Section IX of the Final Judgment of Equitable and Other Relief and Severing of Civil Penalties for Later Determination ("Final Judgment") against defendant David S. Klarman, that the appropriate amount of civil monetary penalties imposed against Mr. Klarman shall be three hundred thousand dollars and zero cents ($300,000.00). The Court further orders that for any amounts Mr. Klarman pays pursuant to his sentence in the criminal matter, he shall receive a dollar-for-dollar credit toward his obligation to pay disgorgement, prejudgment interest thereon, and any civil penalties in this civil matter.

Dated: December 7, 2005



_____
WILLIAM ALSUP
United States District Judge