IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>    Defendant.<br>_____/ | No. C 03-03252 WHA<br><br>**ORDER RE STIPULATION CONTINUING VARIOUS PRETRIAL DATES AND RE ATTORNEY WITHDRAWAL** |

No ruling will issue on the stipulation and proposed order continuing various pretrial deadlines until after a decision on the expected motion to withdraw by counsel for defendant Oliver Hilsenrath. The motion to withdraw must be brought promptly. In the alternative, counsel must file notice promptly of his intention to continue representing defendant.

**IT IS SO ORDERED.**

Dated: April 24, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE