IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>    Defendant.<br>_____/ | No. C 03-03252 WHA<br><br>**ORDER RE MOTION TO WITHDRAW** |

The Court will **HEAR THE MOTION TO WITHDRAW AS COUNSEL AT 8 A.M., THURSDAY, MAY 11, 2006**. Any **OPPOSITION BRIEF IS DUE MAY 4, 2006**. There will be **NO REPLY BRIEFING**, given the request by movant Rogers Joseph O'Donnell & Phillips to hear the motion on a fast track.

**IT IS SO ORDERED.**

Dated: April 26, 2006

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE