ROGERS JOSEPH O'DONNELL & PHILLIPS
ALLAN J. JOSEPH (State Bar No. 35462)
EDWIN K. PRATHER (State Bar No. 190536)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
OLIVER HILSENRATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVER HILSENRATH,<br><br>Defendant. | Case No. C 03-3252 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-TRIAL DISCOVERY DATES PENDING HEARING** |

On April 20, 2006, counsel for Plaintiff Securities and Exchange Commission and counsel for Defendant Oliver Hilsenrath submitted a stipulation to continue various pre-trial discovery deadlines based on a motion to withdraw as counsel of record that defense counsel, Rogers Joseph O'Donnell & Phillips (RJOP) indicated it intended to file.

On April 24, 2006, the Court deferred ruling on the parties' stipulated order and instead directed RJOP to file any motion to withdraw as soon as possible. RJOP filed its Motion to be Relieved as Counsel for Defendant Oliver Hilsenrath on that same day and requested that the Motion be heard on shortened time on April 27, 2006.

On April 26, 2006, the Court issued an order setting RJOP's Motion on a fast track, not on April 27th, but for Thursday, May 11, 2006, at 8:00 a.m.

The parties desire to maintain the status-quo with respect to discovery until after the Court hears RJOP's motion to withdraw and the Court has an opportunity to comment on the various discovery and trial dates. Because certain discovery deadlines occur before the hearing date on RJOP's motion, maintenance of the status-quo requires that these discovery deadlines be continued for a short period. As such, the parties request that the Court reconsider its earlier declination and instead extend the following discovery deadlines:

| Original deadline | Stipulated Extension | Paper or Motion |
|---|---|---|
| 4/28/06 | 5/12/06 | Deadline for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) |
| 4/28/06 | 5/12/06 | Non-expert discovery cut-off |
| 5/12/06 | 5/26/06 | Deadline for disclosure of responsive expert testimony with full opposition reports |
| 5/19/06 | 6/02/06 | Deadline for disclosure of reply reports |
| 6/02/06 | 6/16/06 | Expert discovery cut-off |

RJOP has notified Assistant United States Attorney Laurel Beeler, counsel for the government in *United States of America v. Oliver Hilsenrath*, CR 03-0213 WHA, and intervenor in the instant case, of the proposed continuance of the various deadlines and she has indicated she has no objection. RJOP has also notified Steven Kalar, of the Federal Public Defender's Office representing Mr. Hilsenrath in the above criminal case, of the proposed continuance of the various deadlines and he has indicated he has no objection.

IT IS SO ORDERED.

Dated: April  27 , 2006



WILLIAM H.
UNITED STATES

Judge William Alsup

1 | Approved as to form:

*[signature]*

ALLAN J. JOSEPH
Attorneys for Defendant Oliver Hilsenrath

*John Yun (Ass)*

JOHN YUN
Attorneys for Plaintiff Securities and Exchange Commission