**FILED**

MAY 8 2006   E-Filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,
          Plaintiff,

v.

OLIVER HILSENRATH,

          Defendant.

Case No. C 03-3252 WHA

[PROPOSED] STIPULATED ORDER RE: MOTION TO BE RELIEVED HEARING DATE

**Current Hearing Date:** Thursday, May 11, 2006

**Proposed Hearing Date:** Wednesday, May 10, 2006

Counsel for Oliver Hilsenrath in this matter, Rogers Joseph O'Donnell & Phillips ("RJOP") has filed a motion to be relieved as Counsel for Defendant Oliver Hilsenrath. This Court has scheduled RJOP's motion for Thursday, May 11, 2006.

Mr. Hilsenrath has been appointed Assistant Federal Public Defender Steven Kalar to represent him in a parallel criminal proceeding. All parties agree that Mr. Kalar should be present at the hearing on RJOP motion to withdraw. Unfortunately, Mr. Kalar is unavailable on May 11 because of an out-of-state work commitment.

The parties attempted to coordinate a request for a hearing on this Court's criminal calendar on

*Hilsenrath*, CR C 03-3252 WHA
STIP. ORD. MAY 10, 2006 HEARING

May 9. Unfortunately, Mr. Hilsenrath is unavailable for that date because of out-of-state funeral services for a family member.

Therefore, each of the parties respectfully request that this matter be added to the Court's 9:00 am calendar on Wednesday, May 10, 2006. The parties anticipate that the matter will take one-half hour or less.

Accordingly, for good cause shown the hearing now scheduled for Thursday, May 11 is vacated. RJOP's motion to withdraw shall be added to this Court's calendar on Wednesday, May 10, 2006.

IT IS SO ORDERED.

5-8-06
DATED

WILLIAM H. ALSUP
United States District Court Judge

Approved as to form:

5/4/06
DATED

ALLAN J. JOSEPH
Attorneys for defendant Oliver Hilsenrath

5/4/06
DATED

JOHN YUN
Attorneys for plaintiff Securities and Exchange Commission

5/4/06
DATED

LAUREL BEELER
Assistant United States Attorney, Intervenor

*Hilsenrath*, CR C 03-3252 WHA
STIP. ORD. MAY 10, 2006 HEARING                 2