KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6765
   Facsimile (415) 436-7234
   Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C-03 3252 WHA |
| Plaintiff, | ORDER [~~PROPOSED~~] |
| v. | |
| OLIVER HILSENRATH, | |
| Defendant. | |

Following argument on May 10, 2006, on Rogers Joseph O'Donnell & Phillips's (RJOP's) motion to withdraw, the Court orders the following:

1. <u>Inquiry to OIA About Assets Frozen in Switzerland</u>

The Court is concerned about the ~~allegation~~ <sup>government statement</sup> that it was not appropriate and a mistake to ask the Swiss authorities to freeze assets totaling roughly $6.5 million that are attributable to the sale of 350,000 shares of stock. The assets are relevant to the criminal indictment only as part of the tax charges in counts thirteen and fourteen, and thus they are not part of the forfeiture allegation. Accordingly, in a written request transmitted to the Swiss authorities by the Office of International Affairs (OIA), Department of Justice, the United States asked the Swiss authorities to lift the United States' prior request to

ORDER [~~PROPOSED~~]
(C–03-3252 WHA)

freeze these assets.  According to the defense, the assets are still frozen.  It is unclear whether the Swiss authorities have their own independent freeze in place.  According to the United States, OIA is meeting with the Swiss authorities at the end of the month and will discuss the asset freeze then.

The Court directs the Assistant United States Attorney to inform OIA about the Court's concern and to tell OIA that two cases – <u>Securities & Exch. Comm'n v. Hilsenrath</u>, C-03-3252 WHA, and <u>United States v. Hilsenrath</u>, CR 03-0213 WHA – are affected by this snafu and that the trial dates in both cases are in jeopardy due to the uncertainty about whether the Swiss authorities will release their freeze on the assets.  The Court asks the United States and OIA to give this matter as high a priority as possible.

2.  <u>Stay Of SEC Case and Stay Of Motion To Withdraw</u>

The circumstances described in the prior paragraph create equitable concerns and a potential unfairness to Oliver Hilsenrath.  The extent of any unfairness is not clear to the Court, and indeed, it may not be unfair.  But the equitable concerns warrant caution now and a stay of the SEC case.  Accordingly, the Court vacates the trial date and the pretrial date in the SEC case, and it temporarily stays all discovery and discovery deadlines.  The Court also temporarily stays RJOP's motion to withdraw as counsel pursuant to the request of all counsel except the SEC.

The Court does not need to set a new trial date at this time, nor does it need to address whether and to what extent the Court will revisit issues about expert disclosure and further discovery in the case.  The Court specifically is not saying one way or another whether it will re-open discovery and permit extensions for expert disclosures.  Instead, the Court holds only that it is unnecessary to decide these issues now and that it will consider them when it receives more information about the assets in Switzerland and when it addresses the issue about RJOP's continued representation of Mr. Hilsenrath in the SEC case.

3. <u>Status Hearing On June 8, 2006</u>

The Court sets the next hearing on June 8, 2006, at 11:30 a.m, for a report on the status of the Swiss assets and for further proceedings on RJOP's motion to withdraw.

IT IS SO ORDERED.

DATED: May 15, 2006

_____
WILLIAM H. ALSUP
United States District Judge

Approved as to form:

/s
_____
LAUREL BEELER
Assistant United States Attorney
INTERVENOR

/s
_____
JOHN S. YUN
THOMAS J. EME
Securities and Exchange Commission
PLAINTIFF

/s
_____
ALLEN J. JOSEPH
Attorney for Defendant Oliver Hilsenrath
SEC v. Hilsenrath, C-03-3252 WHA

/s
_____
STEVEN KALAR
Attonrey for Defendant Oliver Hilsenrath
US v. Hilsenrath, CR 03 213 WHA

ORDER [PROPOSED]
(C–03-3252 WHA)                    3