```
 1   HELANE L. MORRISON (CA Bar No. 127752)
     JOHN S. YUN (CA Bar No. 112260)
 2   THOMAS J. EME (IL Bar No. 6224870)

 3   Attorneys for Plaintiff
     SECURITIES AND EXCHANGE COMMISSION
 4   44 Montgomery Street, Suite 2600
     San Francisco, California 94104
 5   Telephone: (415) 705-2500
     Telecopy: (415) 705-2501
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVER HILSENRATH and DAVID S. KLARMAN,<br><br>Defendants, | Civil Action No.<br>C-03-3252-WHA<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR AUTHORIZATION TO PARTICIPATE BY TELEPHONE AND [PROPOSED] ORDER**<br><br>Date: Sept. 21, 2006<br>Time: 11:00 a.m.<br>Judge: William H. Alsup<br>Courtroom: 9 |

### MOTION FOR AUTHORIZATION TO PARTICIPATE BY TELEPHONE

1. This case is currently set for a status conference on September 21, 2006, at 11:00 a.m. John Yun, who has been serving as plaintiff's lead counsel, will be participating in a previously scheduled trial in another matter in Dallas, Texas, at the time of the status conference.

2. Accordingly, plaintiff requests that the Court allow Mr. Yun to participate in the September 21 status conference by telephone. Commission Attorney Thomas Eme will be present in person at the status conference. Mr. Yun would participate by telephoning a number designated by

Plaintiff's Request to Participate by Telephone
C-03-3252-WHA

the Court, or otherwise participate by telephone as directed by the Court.

    3. Edwin Prather, counsel of record for Mr. Hilsenrath, and Laurel Beeler, Assistant U.S. Attorney for the Government in the related criminal case, have indicated that they have no objection to this motion.

                                    Respectfully submitted,

                                    /s/ Thomas J. Eme

                                  Helane L. Morrison

                                  John S. Yun

                                  Thomas J. Eme

                                  Attorneys for the Plaintiff

                                  SECURITIES AND EXCHANGE COMMISSION

## ORDER

The Motion for Authorization to Participate by Telephone filed by plaintiff Securities and Exchange Commission is hereby granted. (this one time only).

SO ORDERED.

DATED:   September 19  , 2006

                                  William [signature] Judge William Alsup
                                  Judge, District of California

(IT IS SO ORDERED — United States District Court, Northern District of California seal)