UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff(s),<br>         v.<br><br>OLIVER HILSENRATH, ET AL.,<br><br>                 Defendant(s).<br>_____/ | No. C-03-03252 WHA (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 30, 2007, at 2:00 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Updated, confidential Settlement Conference Statements shall be lodged with Chambers **no later than October 23, 2007**.

Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's September 14, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: September 26, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge