IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>    Defendant.<br>_____ / | No. C 03-03252 WHA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME RE REPORT OF EXPERT** |

    The Court has received defendant's request for an extension of time for the submission of the expert report. Defendant says that he has no notice or information on the nature, contents, or allegations to be submitted in plaintiff's motion for summary judgment, which is due by April 24, 2008. The current deadline for submission of defendant's expert report is April 28, 2008. The Court will extend the deadline for submission of defendant's expert report by one week. The new deadline is **MONDAY, MAY 5, 2008**. Defendant's motion is therefore **GRANTED**.

    **IT IS SO ORDERED.**

Dated: April 22, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE