IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  v.

OLIVER HILSENRATH,

    Defendant.
_____/

No. C 03-03252 WHA

**ORDER TO SHOW CAUSE RE COUNTERCLAIM**

Defendant filed a counterclaim against the SEC on April 21, 2008, three days before the SEC's deadline for filing a motion for summary judgment. The counterclaim is untimely and can only be filed with leave of the Court. Defendant is ordered to show cause why the counterclaim should not be deemed untimely. Please respond by **MONDAY, APRIL 28, 2008**, at **NOON**.

**IT IS SO ORDERED.**

Dated: April 23, 2008.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE