IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>    Defendant.<br>_____ / | No. C 03-03252 WHA<br><br>**ORDER RE DISCOVERY** |

On March 27, 2008, discovery was stayed pending the ruling on plaintiff's motion to dismiss. The order granting partial summary judgment was issued on May 30, 2008. Deadlines for further expert reports were supposed to then be set. Now the Court revisits the issue of discovery set forth in Paragraph 12 of the third amended case management order (Dkt. No. 157). Both parties are invited to address: (i) the extent of discovery needed; (ii) the timing of discovery (*i.e.*, deadlines for expert reports); and (iii) the trial date. Please submit a joint case management statement by **JULY 18, 2008.**

**IT IS SO ORDERED.**

Dated: July 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE