IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH, and DAVID S. KLARMAN,<br><br>    Defendants.<br>_____/ | No. C 03-03252 WHA<br><br>**REQUEST FOR RESPONSE** |

    A trial in this case is currently scheduled to begin January 26, 2009, and a pre-trial conference is scheduled for January 12, 2009. A May 2008 order granted summary judgment in plaintiff's favor on claims two through six, and an October 2008 order granted plaintiff's motion for voluntary dismissal of claim one (Dkt. Nos. 190, 205). Plaintiff indicated that, with the voluntary dismissal of claim one, all liability issues have been decided and that plaintiff intends to seek the imposition of remedies based on claims two through six (Dkt. No. 205). The parties are requested to **RESPOND** by Friday, **JANUARY 9, 2008**, to clarify whether the trial is moot and precisely what remains to be decided in this case.

    **IT IS SO ORDERED.**

Dated: January 7, 2008

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE