IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 03-03252 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING APRIL 30 HEARING** |
| OLIVER HILSENRATH, and DAVID S. KLARMAN, | |
| Defendants. | |

The Commission has filed a remedies motion against defendant Hilsenrath. A hearing on the motion is scheduled for April 30. Defendant submitted a letter to the Court indicating that his wife was diagnosed with Stage 4 lymphoma and that he would be unable to travel to California for a hearing until August 2009. An order dated April 3 deferred ruling on the request until defendant's opposition to the motion was received. The motion has now been fully briefed. The Court finds that a hearing on the motion is unnecessary. The hearing scheduled for April 30, 2009, is hereby **VACATED**. The motion will be decided on the papers.

Dated: April 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE