IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

OLIVER HILSENRATH and DAVID S. KLARMAN,

    Defendants.
                                /

No. C 03-03252 WHA

**JUDGMENT**

For the reasons stated in the order partially granting plaintiff's motion for permanent injunction, officer and director bar, and civil penalties against defendant Hilsenrath filed June 29, 2009, and other orders appearing in the case, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Securities and Exchange Commission and against defendant Oliver Hilsenrath. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE